**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(a)

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jennifer R. Hoover (NJ No. 026502001)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com

*Counsel for Amplitude, Inc.*

| | |
|---|---|
| In re:<br><br>BOWFLEX INC.,<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 24-12364 (ABA)<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>(Jointly Administered) |
| The BowFlex Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>Amplitude, Inc.,<br><br>        Defendant. | Adv. Case No. 26-01070 (ABA) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Amplitude, Inc.   Request is made that the

---

[1]   The Debtor's service address is c/o Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Steet, New York, NY 10007. On October 15, 2024, the Court entered the Order and Final Decree Closing the Chapter 11 Case of BowFlex New Jersey LLC, Waiving Requirement of Further Post-Confirmation Reporting in Such Chapter 11 Case and Updating Case Caption [Docket No. 698], closing the chapter 11 case of BowFlex New Jersey LLC.

28436740

documents filed in this case and identified below be served on the undersigned at the following address:

| | |
|---|---|
| Jennifer R. Hoover, Esq. | Robin Evans, Esq. |
| Benesch, Friedlander, Coplan | Benesch, Friedlander, Coplan |
| & Aronoff LLP | & Aronoff LLP |
| 1313 N. Market Street, Suite 1201 | 71 South Wacker Drive, Suite 1600 |
| Wilmington, DE 19801 | Chicago, IL 60606 |
| jhoover@beneschlaw.com | revans@beneschlaw.com |

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

Date: April 9, 2026

/s/ Jennifer R. Hoover
Jennifer R. Hoover (NJ No. 026502001)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com

*Counsel for Amplitude, Inc.*